# EXHIBIT A
# NATHANIEL J. OCHS DECLARATION

<u>DECLARATION</u>

Comes now, NATHANIEL OCHS, who states the following:

"My name is Nathaniel Ochs; I am over the age of eighteen, and am capable of providing this statement and Declaration.

"I am providing this statement of my own personal knowledge, freely and willingly, as part of a lawsuit filed by myself against TJX Companies, Inc. and TJX Distribution Center, my former employer.

"I started working for the TJX Distribution Center in 2021. I was referred to TJ Maxx by a non-profit known as Wounded Warriors Project. Wounded Warriors is a non-profit that helps veterans assimilate back into society. Wounded Warriors provides counseling, therapy, job skill training and placement services. Other veterans were referred to the TJX Distribution Center by Wounded Warriors.

"I have a 90% VA disability rating. Prior to 2021, I was diagnosed with PTSD, Depression, Anxiety and other illnesses. Those ailments stem from my war-time service. I served in Afghanistan from 2019-2020 as an Infantryman. I was in the Army for four years.

"My first day at TJX, I started the onboarding process. I did the I-9 paper with a random female employee in HR.  I signed a right to work document with the Main HR leader, Kelly and General Manager Andrew Pilkington. I also did training courses online such as safety, Engineering standards, and other small courses along those lines. I never signed an arbitration clause. After my time in the Army, I was used to doing paperwork. I learned in the Army that you should always ask what you are signing. I always knew what I was signing, because I always asked.

"Onboarding started on Monday, November 15, 2021 at 8:00 a.m. and finished on Friday November 19th. Onboarding was lead by Sunnie Harrington. Sunnie Harrington does not possess the power in the building to talk about or hand out arbitration clauses. That was not her job function. Sunnie's job was to oversee training – anything to do with training. In those five days when we did onboarding, she said nothing about arbitration. She is not even the manager in her position as an onboarding trainer. To do the orientation process, we sat in a large conference room. There were several of us new

hires who attended the orientation. We had computers, but no one was given login credentials until Wednesday.

"The first 2.5 days or so of onboarding, we just sat around the table as different trainers talked to us about TJX values, the TJX slogan, etc. We walked around the Distribution Center as a trainer explained to us the different positions in the Center and what tasks were done by different positions. Wednesday evening, we started doing work on the computers. That is when we were given our logon credentials. That is when I changed the password they gave me to something unique to me.

"On the computers, we did assessments, which was really training, on harassment, blood borne pathogens, safety, etc. Safety was Sunnnie's area, so she conducted much of that training herself. In that first 2.5 days, we did sign a paper that explained TJX was an at-will work place, which meant we could be fired for any reason. I do not recall anything called a "New Hire Agreement."

"TJX says I did not opt out of its arbitration agreement. TJX says that their screen shot that says I did not decline the arbitration agreement (page Appendix 16) means I did not opt out of the arbitration agreement.  I did not see any web page or hard copy paper like this during my onboarding process. I never saw any paper or web page which discussed arbitration for employees. That is something I would have remembered.

"I was a supervisor at TJX. I supervised around 30 employees during my time there. No one ever discussed that our employees or management were part of an arbitration agreement. I find it hard to believe that something we never heard about was true for all the employees.

"Now, TJX has produced a new page – page Appendix 13. My understanding is they did not produce this earlier when my lawyer asked for their evidence of an Arbitration agreement. This page does not make sense. It is stamped Docusign at the upper left-hand corner. I have signed on Docusign many times. Normally, you are required to type in your name. I never type my name as "Nathaniel Joseph Ochs." I always type it as "Nathaniel J. Ochs." This is not my signature on TJX's exhibit. Also, I am not sure if this signature is dated. Page Appendix 13 has a date of Nov. 15, 2021, but

the page says that is the date of hire. We were not given login information until Wednesday, Nov. 17, 2021. We could not login for any reason until Nov. 17. It would have been impossible for me to sign anything with a computer on Nov. 15.

"Attached as Exhibit A(1) are  25 pages of what I received as the new hire information.  This is a true and correct copy of the papers I received at the onboarding process. There is nothing in this packet about arbitration. Docusign always allows the person to download a copy of what the person signed. If I had signed something, I absolutely would have downloaded a copy and that copy would be part of these new hire documents. That was something we learned in the military, to save a copy of what we sign. These 25 pages contain everything we received at the onboarding process in November, 2021.

"The last page of this stack of papers is the login information Sunnie gave me on Nov. 17, 2021. That was the same day when I changed the password to a personal password.

"During that Nov. 15-19 orientation, on Monday through Friday, we also walked the floor, we visited each individual station: receiving, layup, flat, big box, shoes, ARSR, Jewelry, giftware, bulk, and shipping. We spit this up between all 5 days. We would be with each department for around 2 to 3 hours each department. This took most of the time during training. All we did during this time was watch associates do their assigned work duties. We did not work, we did not get on any device. This took up the majority of each day. In between the time we had breaks and lunch, and when not on the floor we had people come in from the home office departments and explain their jobs.

"Also attached are true and correct copies of two documents I signed as supervisor when I was still working for TJX. They are both write-ups of incidents at work. These documents were made at or near the time of the incident described in each document. I signed both papers as I always did: "Nathaniel J. Ochs." My signatures appear on the two pictures in the "Supervisor" block. When I realized management at TJX was trying to get rid of me, I started keeping papers like this to protect myself. See Ex. 2 to this Declaration.

"I declare under penalty of perjury that the above statement is true and correct.  I have been given an opportunity to review this statement and to make any necessary changes."

Signed on __05 / 14 / 24_____, 2024.


Nathaniel J. Ochs

4

# EXHIBIT 1
# ONBOARDING INFORMATION

# Honesty

## Integrity
## are always
## in style.



THE TJX COMPANIES, INC.
Global Code of Conduct Guide

Inside Cover (Blank)

# Table of Contents

Our Commitment ................................................................ 1

The Code Applies to All of Us ............................................. 3

Ffrom Peers ..................................................................... 3

No Individual Rights Created.............................................. 3

**Getting Help and Raising Concerns**....................................... 4

Contact Information........................................................... 5

Special Reminders to Supervisors, Managers and Executives......... 6

**Our Commitment to Our Associates** ....................................... 7

Diversity........................................................................... 7

No Discrimination................................................................ 7

No Harassment................................................................... 7

Associate Wage and Hour Rules............................................. 8

No Substance Abuse........................................................... 9

No Violence in the Workplace................................................. 9

Health and Safety............................................................... 9

**Our Commitment to Our Customers**....................................... 10

Our Customers................................................................... 10

Product Safety................................................................... 10

**Our Commitment to Integrity in Our Business Practices**............. 10

Honesty........................................................................... 10

Our Commitment to Fair Dealing............................................. 10

Confidentiality of Business Information..................................... 11

Confidentiality of Personal Information..................................... 12

Conflicts of Interest............................................................. 13

Gifts and Entertainment....................................................... 14

Interaction With Governments................................................ 15

Anti-Corruption Laws........................................................... 15

Use of Company Property...................................................... 16

Electronic Resources.......................................................... 16

Safe Use of Technology........................................................ 16

**Our Commitment to Our Company and Our Shareholders**............. 17

Legal Compliance............................................................... 17

Insider Information.............................................................. 17

Company Records and Financial Integrity.................................. 17

Reports of Accounting and Auditing Matters...............................18

Corporate Communications................................................... 18

No Waivers for Executive Officers........................................... 19

**Our Commitment to Our Communities**.................................... 20

Corporate Citizenship.......................................................... 20

International Trade.............................................................. 20

Political Contributions.......................................................... 20

The Environment................................................................ 20

## A Message from Our Chairman and Our CEO

Dear Associate:

Thanks to your efforts, and those of every TJX Associate around the world, our Company enjoys a reputation for integrity that is based on our culture of respect for different perspectives, ideas and opinions, as well as our commitment to high standards. As a Company of Choice, we strive to be a Retailer of Choice, an Employer of Choice and a Neighbor of Choice. We must continue to leverage difference and diversity, as well as respect each other and live our Company's core values of openness, integrity and treating others with dignity and fairness. Ultimately, the way each of us conducts business determines how the world views TJX. Upholding our high standards and promoting our reputation for integrity positions TJX as a great Company.

As this Code of Conduct ("Code") explains, we must all hold ourselves to the highest standards of integrity at TJX. Compliance with the law is merely the minimum standard. We each owe it to our fellow Associates, customers, shareholders, business partners and communities to continue our honest way of doing business. The long-term success of our Company depends on our ethical behavior and compliance with laws.

We expect you to read, understand and comply with the Code, and we strongly encourage you to report any violations. You are also expected to understand the policies that relate to your job function. If you have any questions or concerns about what the Code or specific policies require, we encourage you to seek out answers. This Code identifies the resources you can use to do so.

Thank you again for your commitment to our Company and to maintaining our long tradition of acting with integrity in every aspect of our business.

Sincerely,

Bernard Cammarata
Chairman

Carol Meyrowitz
President and Chief Executive Officer

1

## Our Commitment

TJX is committed to conducting business in compliance with all applicable laws, rules, regulations and company policies and with the highest levels of integrity. We are also committed to upholding our core values of openness, integrity and treating others with dignity and fairness.

core values and in compliance with the Code and Company policies. These policies are available in our stores, distribution centers and offices, and in some cases, the TJX Portal.

Acting ethically is an essential part of every job at TJX. This Code serves as our guide for ethical business conduct.

## It is your responsibility to:

- Understand this Code and all Company policies that relate to your job function.

- Ask any questions you have about the Code or Company policies.

- Follow this Code, all Company policies and the law at all times.

- Remember that integrity is an essential part of your job and that you are responsible for your actions.

- Promptly report any activity you think may be in violation of the Code, Company policies or the law.

## Remember not to:

- Violate the Code, Company policies or the law when a pressure, including a supervisor, instructs you or otherwise tells you to do so. We never tell anyone to disobey or to act including company policy.

- Tell someone else to violate the Code, Company policies or the law.

- Refuse to cooperate with investigations or violations of the Code, Company policies, or the law, or give false, incomplete or misleading information in investigations.

- Retaliate against or victimize anyone for raising a question or concern, making a good faith report of possible violations of the Code, Company policies or the law, or cooperating in an investigation.

- Ignore or cover up a possible violation. Remaining silent may allow the situation to continue or worsen, and may even give the appearance of condoning wrong behavior.

- Act unethically or without the utmost integrity at all times.

# The Code Applies to All of Us

  

## International Operations

Since TJX conducts business in many countries around the world, we operate under many different laws and within many different customs and cultures. We must follow the high standards of our Code in every country in which we do business. We must also obey all applicable laws and regulations of the countries in which we are operating. In the event there is a conflict between applicable laws and the requirements of this Code, you should contact your immediate supervisor or the Legal Department before taking any action.

## Third Parties

TJX expects the third parties we work with—including our merchandise vendors, other suppliers, brokers, agents, consultants, contractors and other service providers—to act with integrity and in a manner consistent with the principles stated in this Code. If you are authorized to do business with a third party on behalf of TJX, you should select a company or person that has a reputation for integrity and acts in a responsible manner consistent with our standards.

## No Individual Rights Created

The Code is not intended to confer any special rights or privileges upon any of us, or to provide greater or lesser rights than those provided by applicable law. In addition, it's not intended to entitle any of us to remain employed by TJX for any specific period or under specific terms or conditions. Unless contrary to applicable law or the terms of a written contract executed by an appropriate officer of TJX, employment at TJX is for no definite period and may be terminated at any time by the Company or the Associate for any reason or for no reason at all and with or without notice. TJX, however, cannot and will not terminate Associates for any unlawful reason. The Company will make termination decisions consistent with its corrective action process.

The Code is not a contract. TJX retains the right to unilaterally modify the Code and Company policies at any time, without advance notice.

3

# Getting Help and Raising Concerns

TJX believes we should all have the opportunity to speak openly and be treated fairly. If you have ideas or concerns, you should talk to your immediate supervisor.

If you know of or suspect a violation of the Code, Company policies or the law, you should report it to your immediate supervisor. In many instances, speaking with your supervisor will be the most effective way to address your concern. However, if you are not comfortable talking to your immediate supervisor about the issue, contact any of the other resources in this section. This includes another manager in your area, an Associate Relations or Human Resources representative, the Legal Department, the Corporate Internal Audit Director or your local Compliance Officer.

You may also call the TJX Helpline to voice your concerns. It is staffed around the clock, every day of the year by an outside organization. Although you are encouraged to identify yourself, you may remain anonymous when calling the Helpline unless prohibited by applicable law or regulation. Please remember that providing detail when calling the Helpline will assist TJX in answering your questions or resolving your concerns. Regardless of whether you choose to identify yourself, discussions with the Helpline will be kept confidential to the extent reasonably possible and in accordance with applicable law.

Reported allegations will be investigated. TJX will take appropriate disciplinary action as necessary. Violations of this Code or Company policies may result in discipline, up to and including termination and/or legal action.

### What should I do if I have a question or if I learn of something that may violate the Code or the law?

**Speak with:**

- Your immediate supervisor
- Another manager in your area
- An executive in your area
- A representative from Associate Relations or Human Resources
- The Legal Department
- The Internal Audit Director
- Your local Compliance Officer
- The TJX Helpline

#### Not satisfied with the initial response?

- Contact another resource listed above or on the next page

#### Not comfortable talking to someone within TJX?

- Call the TJX Helpline

## Retaliation/Victimization Will Not Be Tolerated

TJX will not tolerate any form of retaliation against or victimization of Associates or others for making good faith reports of possible violations of the Code or for asking questions about the Code, Company policies or applicable laws. Making a report in "good faith" means that your report is true to the best of your knowledge and that you have provided all of the information you have. Anyone who takes or attempts to take retaliatory actions, knowingly makes a false accusation or is uncooperative or untruthful during an investigation will be disciplined, in accordance with applicable law.

## Toll-Free TJX Helpline Contact Information

**North America**
(800)TJX-6488

**U.K. and Ireland**
0800 328 1542

**Other Locations**
Contact your local
Compliance Officer or
one of the resources
listed below for
more information.

## Additional TJX Contact Information

When calling internationally, remember to dial your country's
exit code + destination country code + phone number

| | |
|---|---|
| Chief Compliance Officer | (508)390-6570<br>complianceofficer@tjx.com |
| Assistant Chief Compliance Officer | (508)390-6510<br>asstcomplianceofficer@tjx.com |
| Corporate Internal Audit Director | (508)390-6540<br>corporateauditdirector@tjx.com |
| Legal Department | (508)390-6550<br>lawyer@tjx.com |
| Winners Compliance Officer | (905)405-7530<br>winnerscomplianceofficer@winners.ca |
| TJX Europe Compliance Officer | 1923 473719<br>tjxeuropecomplianceofficer@tjxeurope.com |

# Special Reminders to Supervisors, Managers and Executives

Our culture of integrity and compliance starts at the top. All members of management must not only fulfill their duties, but also assume responsibility for those who report to them. If you are a supervisor, manager or executive you must carefully follow the principles listed below.

 

## Remember to:

- *Earn the... the right thing.*

- *Understand this Code and all Company policies that affect your job and help Associates to understand this information too.*

- *Promote compliance with the Code—even in difficult situations.*

- *Create an environment of integrity, accountability and mutual respect that supports doing the right thing.*

- *Encourage Associates to bring ideas forward, ask questions, voice concerns and report any possible violations. When you don't have the answer, direct them to the appropriate resource, including your manager, other executives, Associate Relations or Human Resources, or other resources listed in the "Getting Help and Raising Concerns" section of the Code as applicable to your location.*

- *Never retaliate against or victimize Associates who report possible violations or voice concerns about the Code, Company policies or applicable law, and do not permit those you supervise to do so.*

## Our Commitment to Our Associates

### Diversity

**We value the diversity of our fellow Associates.** We must all be committed to creating an environment of inclusion and promoting workplace diversity at TJX. In so doing, we retain our wide-ranging mix of talent and build upon the differences among our fellow Associates to make TJX a Company of Choice. We consider the unique views and opinions of our fellow Associates to be key drivers of our future growth and success.

### No Discrimination

**We treat each other with honesty, dignity and respect.** TJX does not permit unlawful discrimination of any kind. We need to recognize that, together, our Associates bring to TJX a unique set of abilities and perspectives. Our diversity makes us stronger as a Company and better able to meet the needs of our customers. TJX selects all Associates based on their qualifications and skills and makes all employment-related decisions regarding all qualified applicants and Associates without regard to race, color, religion, sex, age, national origin, ancestry, sexual orientation, disability, gender identity or expression, marital status, military status, political beliefs, or other legally protected status as required by applicable law.

TJX will provide reasonable accommodations in the workplace consistent with applicable laws for qualified individuals with disabilities.

### No Harassment

**We do not tolerate harassment at TJX.** This is true regardless of who is the target of the harassing behavior and whether the individuals involved are on or off the clock. "Harassment" includes any conduct that unreasonably interferes with an individual's work performance or creates an intimidating, hostile or otherwise offensive environment. Harassing conduct can take many forms, including slurs, epithets, inappropriate gestures or demeaning jokes. Regardless of the form it takes, this behavior is not tolerated.

TJX also does not tolerate sexual harassment. Sexual harassment includes, but is not limited to the following conduct:

- Inappropriate or unwelcome sexual advances
- Unwanted sexual suggestions or comments of a sexual nature
- Requests for sexual favors
- Unwanted physical contact
- Sending inappropriate emails (sexually explicit or otherwise).

No one at TJX may base employment decisions on requests for sexual favors, submission or rejection of sexual advances, or other verbal or physical conduct of a sexual nature.

If you think you or someone else has been subjected to any form of harassment at TJX, you are strongly encouraged to report the conduct to your immediate supervisor, another manager in your area or your Associate Relations or Human Resources representative. You may also call the TJX Helpline, if applicable. Remember, no matter which method you choose to report your concerns, TJX prohibits any form of retaliation or victimization against you for making a good faith complaint.

Complaints of harassment, sexual harassment or discrimination are serious matters. TJX expects supervisors to act promptly upon any such allegations and appropriately notify an Associate Relations or Human Resources representative. If an investigation confirms improper conduct occurred, TJX will take appropriate disciplinary action.

| Remember to: | Remember not to: |
|---|---|
| • *Recognize the unique abilities and perspectives of fellow Associates.*<br><br>• *Recognize and value fellow Associates based on their contributions.*<br><br>• *Treat fellow Associates with honesty, dignity and respect.* | • *Discriminate against, or harass anyone.*<br><br>• *Make remarks, gestures, slurs or jokes that demean another person.*<br><br>• *Make inappropriate sexual advances or comments or request sexual favors.* |

## Associate Wage and Hour Rules

**We follow all applicable wage and hour laws.** You must comply with all applicable laws and regulations on wage and hour practices. This includes requirements related to "off the clock" work, meal and rest breaks, overtime pay, termination pay, minimum wage, hours and payment of minors.

To ensure you are properly paid for your work, report and record your time in accordance with local procedure. Do not work "off the clock" or ask someone else to do so. All hours worked by hourly Associates (or other applicable Associates in accordance with local laws) must be recorded in a Company timekeeping system. Hourly Associates may not work at home. A supervisor must authorize any overtime work or additional work by Associates who are eligible for overtime pay, including an early start or late finish.

Do not falsify time records to either increase or decrease your work time or the work time of those whom you supervise. Never punch a clock for another Associate or have another Associate punch a clock for you. You may not work more than the maximum number of hours permitted by law.

| Remember to: | Remember not to: |
|---|---|
| • *Follow wage and hour rules.*<br><br>• *Ensure you take a meal or rest period as required by law.* | • *Work without reporting and being paid for your time.*<br><br>• *Work overtime without supervisor approval.*<br><br>• *Falsify time cards.* |

## No Substance Abuse

**We do not tolerate substance abuse in the workplace.** You must comply with all applicable drug laws. In addition, none of us may report to work, come onto Company property, perform any job-related activity, or drive a company vehicle, while under the influence of alcohol or illegal drugs. You cannot consume alcohol or use illegal drugs during work time or while on Company premises. You also cannot engage in any illegal activity involving drugs or alcohol while working on our Company's behalf or on Company premises.

An "illegal drug" means any controlled substance that applicable law prohibits us from using or possessing. This includes prescription medications not prescribed for you or not used as prescribed. If you take prescription drugs that may affect your ability to perform your job safely, you are strongly encouraged to inform your immediate supervisor or another member of management of this issue. TJX will work to resolve this matter, as appropriate.

## No Violence in the Workplace

**We do not engage in violence or make threats of violence.** TJX has strict standards against violence and threats of violence in the workplace. This means you must not threaten violence, use offensive language or engage in verbal abuse, harassment, intimidation or violent behavior in any form. TJX will not tolerate violent behavior directed towards anyone, whether you are in or out of the workplace or on or off the clock. In addition, TJX prohibits weapons on Company property to the fullest extent allowed by law. You should immediately report violence, threats of violence and weapons brought onto Company property.

## Health and Safety

**We provide clean, safe and accessible facilities for our customers and our fellow Associates.** We must work to protect each other and our customers from avoidable injury in the workplace. Whether you work in a store, distribution center or office, you can help keep the workplace safe by taking the following actions:

**Be Prepared**
Learn the safety and emergency procedures for your workplace.

**Report Injuries Immediately**
You must immediately report any accident or injury, no matter how minor, to your immediate supervisor or a member of management.

- Fix any potential hazard you can reasonably correct yourself; however, do not take action when you do not have the strength, skills, tools or training to do so.
- Immediately report any potential hazard you cannot correct yourself, no matter how minor, to your immediate supervisor or management team; if the hazard is not fixed, contact the Risk Management Department or the Health and Safety Department.
- Request immediate medical attention for an injured or seriously ill person.

| Remember to: | Remember not to: |
|---|---|
| • Report any acts or threats of violence and weapons on Company property immediately.<br>• Be prepared for emergencies that might happen at your workplace.<br>• Report hazards, accidents and injuries immediately. | • Threaten violence or participate in any form of violent behavior in the workplace.<br>• Ignore hazards in the workplace.<br>• Use or bring weapons, alcohol or illegal drugs on or onto Company property.<br>• Report to work under the influence of alcohol or illegal drugs. |

## Our Commitment to Our Customers

### Our Customers

**Our customers are our top priority.** The success of our Company rests upon their satisfaction. You must treat our customers as we treat one another–with dignity and respect. You must strive to give the highest quality service at all times to all customers.

**We respect our customers, suppliers and vendors.** Do not harass or discriminate against customers, suppliers or vendors under any circumstances. When interacting with these groups, we uphold TJX's core values of openness, integrity and treating others with dignity and fairness.

### Product Safety

**We sell safe, properly labeled merchandise.** We take pride in selling products that meet all applicable safety standards. We expect and require that our vendors provide us with safe merchandise that meets or exceeds our expectations. If you know or suspect that any merchandise is potentially unsafe or mislabeled, inform your immediate supervisor, a member of management, the TJX Product Safety/Risk Department or your local Trading Standards/Risk Management Department right away in order to allow for product safety practices to be carried out.

## Our Commitment to Integrity in Our Business Practices

### Honesty

**We do not engage in dishonest business practices of any type.** Dishonesty can take many forms and includes, but is not limited to, false or intentionally misleading statements, as well as omissions, theft, fraud or financial wrongdoing of any kind. It includes falsifying Company records (including payroll records) or misusing Company systems (including the markdown process) for your own or anyone else's benefit.

### Our Commitment to Fair Dealing

**We compete fairly at all times.** We will comply with all applicable antitrust and competition laws. This means, in part, that you must not enter into any formal or informal agreement:

- With our vendors or competitors to fix prices or price terms in our stores or our competitors' stores.
- With our vendors or competitors to allocate business, including dividing territories, types of merchandise or lines of business or otherwise.
- With our competitors to boycott vendors or to fix the compensation or employment terms of our Associates.

We will compete vigorously and ethically, and will not engage in practices that interfere with fair and open competition.

**We do not engage in unfair or fraudulent business practices.** You are never permitted to influence (or attempt to influence) the outcome of any business decision by offering bribes or kickbacks of any kind. Likewise, none of your business decisions may be influenced by the acceptance or receipt of bribes or kickbacks of any kind. Do not engage in commercial bribery or other unfair conduct to help TJX's business or hurt a competitor's business, either directly or through agents, brokers or anyone else. Do not offer or accept bribes, kickbacks or other improper payments to obtain or retain business opportunities or to take away business from a competitor.

**Our advertising communications are always honest.** You cannot say anything untrue, unfounded or misleading about our competitors or their merchandise or services. In addition, you must be accurate and fair when discussing our merchandise and services.

**We respect the trademarks and brands of other companies.** We will not infringe on the trademarks, brands, patents and copyrights of others. We will not violate third-party rights in those or any other forms of intellectual property.

**We do not use the confidential information of others without permission.** Do not bring confidential papers, records, or trade secrets from previous employers to TJX. In addition, do not use dishonesty, misrepresentation or other improper means to learn competitors' trade secrets or obtain confidential information about other companies.

## Confidentiality of Business Information

**We are committed to protecting non-public information about the business or affairs of the Company.** Such information is called "business information." Business information is a valuable asset of the Company, and must be treated accordingly.

Business information includes, but is not limited to, all information of TJX that is sensitive and proprietary to TJX or that is not generally known by others outside the Company. It can exist in written or electronic documents, or it may be something you know or learn that is not recorded in document form. Some examples of TJX business information include:

- Comparable store sales information
- Merchandise TJX intends to buy
- Internal financial projections
- Network configurations
- Vendor lists

Business information, regardless of format, should be used, copied or distributed only for Company purposes and only as necessary in connection with your job. You may only share this information with our fellow Associates who have a business need to know it. Do not disclose business information to anyone outside TJX except with appropriate authorization and in the course of performing normal job responsibilities or otherwise in accordance with Company policies. Business information should never be disclosed in blogs, on social networking sites or other online communities or forums.

Your obligation to keep confidential any business information you learned or obtained while working for the Company continues even after your departure.

| Remember to: | Remember not to: |
|---|---|
| • *Act honestly and compete fairly at all times.*<br>• *Protect business information; Use it ONLY for Company purposes.*<br>• *Keep confidential any business information learned while working for the Company even after you leave the Company.* | • *Disclose business information online, in blogs, chat rooms, social networking sites or other similar venues.*<br>• *Misuse business information you acquire through your work at TJX.*<br>• *Share personal, customer or business information with anyone outside the Company unless you are authorized to do so.* |

## Confidentiality of Personal Information

**We are committed to handling the personal information of our fellow Associates, customers and other parties in compliance with applicable agreements and privacy and information security laws.** "Personal information" includes all information from or about a person that individually identifies that person, such as names, addresses, government-issued identification numbers and credit card numbers. TJX has adopted Information Security Policies and Privacy Policies, which describe how we must handle personal information. You are required to comply with these policies and related procedures. These policies are available by clicking on the Information Management Program link located at the bottom of the login page of the TJX Portal. You do not have to actually log on to the Portal to have access to this link. Associates without internet access may obtain these policies using the eLibrary and other store communication systems, or through your supervisor.

**We are committed to working with third parties that appropriately safeguard personal information.** When retaining a third party that will have access to or will be handling personal information, follow the requirements specified in the *Service Provider Policy*, which is one of the *Information Security Policies*.

**You are required to report certain situations:**

**1.** If you learn of any actual or suspected threat to TJX's information security, report it to:

- Security Operations Center ("SOC") (for electronic events)      (508)390-2164
- Loss Prevention (for paper events)      (508)390-2277

  **Please report such situations to these numbers even if you are located outside of the United States.**

**2.** If you learn of any actual or suspected violation of TJX's *Information Security Policies* or *Privacy Policies*, report it to any of the following:

- SOC      (508)390-2164
- TJX Helpline (North America)      (800)TJX-6488
- TJX Helpline (Europe)      0800 328 1542
- Your immediate supervisor or other contact indentified in this Code

**3.** If you receive a customer inquiry or complaint about TJX's handling of personal information, forward the inquiry or complaint to any of the following:

- Customer Service (U.S.)      (866)484-6978
- Privacy Officer (Canada)      (905)405-7530
- Appropriate Data Protection Officer (Europe)
- Store management, as applicable

When calling internationally, don't forget to dial your country's exit code + destination country code + phone number.

| Remember to: | Remember **not** to: |
|---|---|
| • *Safeguard all personal information and business information.*<br>• *Immediately report possible threats to TJX's information security.*<br>• *Follow the <u>Service Provider Policy</u> when engaging third parties that will access to or handle personal information.*<br>• *Handle personal information in compliance with data privacy and information security laws, regulations and policies.* | • *Access or share personal or customer information and/or business information unless you have a business need and are authorized to do so.*<br>• *Collect unnecessary personal information.*<br>• *Misuse personal information you acquire through your work at TJX.* |

## Conflicts of Interest

**We will avoid situations that create, or appear to create, a conflict of interest.** A conflict of interest exists when a personal interest or activity interferes with the duties that you perform for and owe to TJX. You should always perform your duties with only the interests of the Company in mind. Conflicts of interest are improper because they present situations in which your loyalty is, or may appear to be, divided.

Make all business decisions in the best interest of TJX, and not for personal reasons or for your own benefit. Make sure you avoid all situations that create or might create even the appearance of a conflict. A conflict of interest may influence even the most ethical person, and even the appearance of such could call your integrity into question.

If you feel you may face an actual or apparent conflict of interest situation, you must disclose it to your manager or the executive in charge of your business unit immediately. You may also contact the Chief Compliance Officer to disclose the situation.

### Examples of Conflicts of Interest:

- Managing someone with whom you have a family, romantic or dating relationship. You may not supervise directly or indirectly, or have oversight responsibility for, any family members or any Associates who you date or with whom you are romantically involved.
- A kickback, bribe, gift or special consideration you receive due to business dealings involving TJX.
- Purchasing products for personal use at prices not available to the general public from vendors or suppliers with which TJX conducts or plans to conduct business.
- Purchasing merchandise from TJX for the purpose of resale.

**You may not compete with TJX while an Associate of the Company (unless such prohibition is contrary to applicable law).** This includes:

- Working for or on behalf of a TJX competitor or vendor without notifying and, where necessary, getting the approval of your immediate supervisor or a member of management.
- Being a significant shareholder or other investor in a business that competes or plans to compete with TJX.
- Serving as a director or manager of any such businesses.

If permitted by applicable law, you must advise your supervisor that you face a situation where you are competing with TJX.

In addition, you may not take for yourself (or others) any opportunity that is discovered through the use of Company information or your work at TJX. You cannot use Company property or information or your position at TJX for your personal gain.

**We avoid financial conflicts of interest.** Your personal financial activities must not conflict with your responsibilities to the Company. A financial conflict of interest can arise when your judgment is influenced by (or could appear to be influenced by) the possibility of financial gain for yourself or members of your family.

### Examples of Financial Conflicts of Interest:

- Having a financial interest in a vendor, supplier or landlord, if you have direct or indirect involvement in TJX's business with that vendor, supplier or landlord.
- Holding a significant ownership interest in a company with which TJX does business.
- Having a financial interest in a competitor, other than a small investment in a publicly traded company.
- Receiving compensation from anyone other than the Company for doing your job.
- Using business information or your position at TJX for personal financial gain.

## Gifts and Entertainment

**We exercise caution when giving or receiving gifts or entertainment.** Giving or accepting valuable gifts or entertainment to or from vendors, suppliers or customers may be viewed as an improper attempt to influence the relationship. Therefore, do not solicit or accept any gifts, tickets, offers of entertainment, trips, samples for personal use, loans or anything of value for yourself or for others from those who do (or may do) business with TJX, are seeking to do business with TJX, or whose business is being sought by TJX. You must politely, but firmly, decline any offers of tips, gifts or rewards from customers, vendors, suppliers or anyone with whom TJX conducts business.

**Exceptions include the following types of gifts and entertainment:**

- Gifts that are promotional/branded company giveaways of nominal value, occasional gifts of small value such as small food baskets that are to be eaten/shared in the workplace, or small flower arrangements.
- Occasional invitations to vendor or supplier-paid local entertainment and activities, such as a dinner or sporting event, as long as the vendor or supplier accompanies you, the activity takes one day or less, the activity reasonably complements a business relationship and the value is small.
- Occasional invitations to vendor/supplier-sponsored seminars and educational and professional development events, if your travel and accommodation expenses are approved and paid by TJX.

**However, you should never accept any gift or offer of entertainment if you feel it would affect your ability to act in TJX's best interests.**

Even in situations where gift giving is a custom or tradition, you should politely explain the TJX Gift Policy to your vendors or suppliers, as appropriate, especially prior to holiday gift-giving periods. This way, you will properly set expectations and avoid future misunderstandings.

Gifts of perishable food items (except as permitted above) must be donated to charity. A letter must be sent to the sender detailing the donation and explaining our Gift Policy. Non-perishable gifts (except as permitted above) must be returned directly to the sender with a letter explaining our Gift Policy. Sample letters and more information about the policy are available from your applicable Compliance Officer.

You may not give gifts to vendors or others, except gifts of nominal value. You should also be sure that even gifts of nominal value do not violate the recipient's company policies. If you have any questions about gifts and entertainment, please ask your immediate supervisor or the applicable Compliance Officer.

**Some TJX business units may follow stricter standards on gifts and entertainment than those stated here. Always review and adhere to any local policies or procedures that govern your business conduct.**

| Remember to: | Remember not to: |
|---|---|
| • *Avoid conflicts of interest or the appearance of conflicts of interest.*<br>• *Disclose any actual or potential conflicts of interest immediately.* | • *Accept gifts or entertainment that do not fit the guidelines provided in this section.*<br>• *Have financial interests that conflict with your responsibilities to the Company.* |

## Interaction With Governments

**We are truthful and straightforward in our dealings with government entities.** This requires that you deal honestly and fairly with all government representatives and law enforcement agents. You must comply with valid governmental requests and demands for information. If you are contacted by a government or regulatory representative and asked to provide information or to submit to an inspection, you should inform your manager immediately. Your manager will take appropriate action or contact the appropriate department for guidance. You must never direct or encourage anyone to provide false or misleading information to any government official or representative, or to destroy records relevant to an investigation.

You must also comply with all applicable laws regarding customs and trade. You must be accurate and truthful in representing business transactions to government agencies. For instance, all information that you furnish to any customs official or to any agent hired by TJX to facilitate imports and exports must be accurate and truthful. If you conduct business internationally on behalf of TJX, please make sure you have a thorough understanding of local laws and only engage third parties doing business in TJX's name that you reasonably believe will make appropriate decisions on our Company's behalf.

> **Important Reminder:**
>
> If properly identified government representatives seek to inspect a Company facility, ask them to wait while you contact your immediate supervisor, a member of management or the Legal Department at (508)390-5419. If they will not wait, DO NOT prevent them from entering the facility.

## Anti-Corruption Laws

**We do not engage, tolerate or permit bribery, corruption or other unethical practices.** Regardless of where you are working, you must all abide by the United States Foreign Corrupt Practices Act. You must also know and follow all other applicable anti-corruption laws in the countries where you are operating. In particular, you may not offer or give payments, gifts or anything of value, to any government official in an attempt to obtain a business benefit, decision or action. The term "government official" includes officials or employees of any government or other public body, agency or legal entity, at any level, including officers or employees of state-owned enterprises and public international organizations. It also includes candidates for political office, political party officials and employees, as well as political parties.

Do not offer or give any payment, gift or anything of value to someone (for example, to an agent, business partner or other third party) if you know or suspect that they will, in turn, offer or give all or part of it to any government official to influence the official's action or obtain an improper advantage, or to a private commercial counterparty in return for an unfair advantage in a business transaction.

Never offer or make a payment or gift of any kind in order to facilitate a local process or to influence a local government official without advance approval from TJX's General Counsel.

Those of us who are responsible for engaging consultants, agents, partners in joint ventures or comparable entities, must:

- Advise appropriate third parties of the requirements of this policy and take reasonable steps to ensure that they understand it.
- Evaluate the qualifications and reputations of those third parties; and
- Include appropriate provisions in agreements and contracts that obligate third parties to comply with this policy.

If you work with government officials, request guidance from the Legal Department.

## Use of Company Property

**We use Company property for legitimate Company business.** Appropriate use of Company property requires common sense and good judgment. It is important to be aware of the kinds of improper use that could expose the Company to legal and financial risk. Any act of theft, fraud, embezzlement or misappropriation of Company property is wrong and could lead to disciplinary action, up to and including termination, and/or legal action.

You must acquire and use TJX property for Company business purposes. In certain instances, limited personal use of Company property, such as computers and telephones, will be permitted.

Company property will be disposed of when it is no longer needed for business purposes. None of us may give away or dispose of TJX property or merchandise for less than actual value, whether current, outdated, damaged or a sample, unless approved, in advance, by the appropriate store manager or an authorized officer of the Company. Do not, under any circumstances, have samples sent to your home or keep them for personal use.

All materials, documents, data, and software, whether written or electronic, relating to our Company are TJX property. If you leave the Company, you must return or properly destroy, as applicable, all Company materials and property, including documents, data and software.

The Company may inspect the contents of your work space, packages, boxes, briefcases, handbags, lockers, furniture (e.g., file cabinets and desks), electronic equipment (e.g., computers, cell phones and PDAs), and Company vehicles for business or security reasons, where permitted by law. In addition, subject to applicable law, you should have no expectation of privacy in any materials (including emails or text messages) you create, view, access, receive or store on TJX systems or networks.

**We must safeguard the Company's trademarks and brands.** Our Company's trademarks and brands are valuable assets. You must never use them improperly or in an unauthorized manner. If you are not sure whether your use of the Company's trademarks and brands is proper, ask your immediate supervisor or the Legal Department before beginning or continuing your use.

## Electronic Resources

**Remember to use Company electronic resources responsibly.** Company electronic resources and equipment, whether desktop or mobile, such as computers, networks, email devices or phones, must be used in accordance with the TJX Information Security Policies and any specific local agreements that apply to your location. We have an obligation to protect the security of TJX's computer and electronic equipment, computer system, networks and the information stored on them. This rule applies even when we are accessing the network or information remotely from outside TJX facilities. You must safeguard your computer passwords and TJX's computer passwords, which should never be posted or accessible to others.

## Safe Use of Technology

**We use all Company technologies safely.** Do not use any phone, PDA, other handheld electronic device or any other object if this use is prohibited by applicable law or if it will distract you from driving or otherwise acting in a safe and responsible manner.

| Remember to: | Remember not to: |
|---|---|
| • *Be truthful when dealing with government entities and comply with applicable laws.* | • *Engage in bribery, corruption or other unethical practices.* |
| • *Protect TJX's computer passwords, computer hardware, computer networks and the information stored on them.* | • *Remove, disable or bypass software installed to provide security of TJX's computer network, unless authorized to do so.* |
| • *Follow Company procedures concerning acquiring and downloading software and online resources.* | • *Post your computer passwords in a public or easily accessible place.* |
| • *Use Company trademarks and brands only as authorized.* | • *Install or download unauthorized software on TJX computers.* |

# Our Commitment to Our Company and Our Shareholders

## Legal Compliance

**We comply with all applicable laws wherever we do business.** You should familiarize yourself with the laws and regulations that relate to your job. Always obey the law. If you need guidance about whether particular conduct complies with applicable laws, contact the Legal Department.

## Insider Information

**We follow all insider trading laws.** You may not buy or sell stock or other securities of TJX or another company when you possess material, non-public information, known as inside information, about TJX or that company. "Inside information" is information that someone would consider important in deciding when or whether to buy, sell or hold a company's securities and that is not generally known to the public. Some examples of inside information include information about:

- Business strategies
- Growth plans
- Sales and comparable store sales
- Inventory levels
- Financial results and trends
- Current business conditions
- Acquisitions and dispositions
- Other information that may affect a company's stock price

You should never trade in a company's securities while in possession of inside information relating to the company. You also are prohibited from telling others about inside information, known as "tipping." Never tip others to inside information, regardless of whether or not you think they may trade securities based on that information. Within the Company, only those who have a business "need to know" should have access to this confidential information.

## Company Records and Financial Integrity

**We prepare all Company records accurately, in a timely manner and in compliance with Company policies.** Open and effective communication requires accurate and truthful reporting. We owe it to our shareholders, fellow Associates, customers and business partners, as well as the public and various governmental offices, to keep accurate and truthful business records. You should understand how to prepare the records required by your job. Ask your immediate supervisor if you are ever unsure.

Our financial books, records and accounts must accurately and completely reflect actual transactions and events. Our processes and controls are designed to ensure that expenditures are incurred and transactions are executed on an authorized basis. They also aim to ensure that TJX assets are used properly and that all expenditures, transactions, assets and liabilities are properly reflected in our financial records. All data, certifications and other written materials, as well as internal expense records you create or are otherwise responsible for must be:

- Complete
- Accurate
- An honest reflection of each transaction, expenditure or other item and
- Timely and in accordance with applicable accounting rules and standards.

We comply with all Company policies and legal requirements concerning document retention and destruction. Retain documents and data as long as necessary to satisfy business needs and legal requirements, and then dispose of them properly. Regularly review your paper and electronic files to ensure you are not storing more than you should. Doing so can slow down our systems and take up valuable space. Dispose of all printed documents in confidential disposal bins in accordance with Company policy. Contact IT Operations or Store Systems to dispose of equipment or electronic media, such as storage devices, containing personal information or business information.

Never destroy any records the Company is required to keep. Under no circumstances should you destroy any document that may be subject to a legal hold notice, a subpoena or a judicial request for production, even if that means retaining materials longer than you otherwise would.

## Reports of Accounting and Auditing Matters

We report suspected violations of financial, accounting or reporting standards. Contact the Corporate Internal Audit Director or call the TJX Helpline to report any suspected violations of financial, accounting or reporting standards. All reports of possible violations will be taken seriously at TJX. You have a duty to cooperate when the Company requests assistance in conducting an investigation of possible violations concerning accounting and auditing matters. Those with responsibility in the areas of accounting, finance, treasury, tax and investor relations have a special obligation to verify the completeness and accuracy of accounting information and financial reports.

We cooperate fully with internal and external audits, including responding to internal and external audit requests. Do not improperly influence, coerce, manipulate or mislead any internal or external auditor. In addition, do not encourage anyone else to do so.

## Corporate Communications

We ensure that our external and internal corporate communications are accurate, consistent and in accordance with the Global Communications Policy. This Policy is available from the Global Communications Department, formerly Investor and Public Relations. All internal communications must be consistent with the Company's external communications.

Only authorized TJX spokespersons are permitted to speak to the media, investors or the general public regarding Company matters. If the media or someone else without specific authorization from the Global Communications Department asks to take photographs or videos or approaches you for information regarding the Company, whether in a formal request or an informal conversation, you should politely say that you are not an authorized Company spokesperson and refer them to your division's Media Relations Department or to the Global Communications Department at (508)390-2323. Immediately notify a member of management or your immediate supervisor. Do not comment in any way and do not use the phrase, "No Comment."

If you receive a media inquiry, refer the individual as follows:

- U.S. Corporate staff: Global Communications Department at (508)390-2323
- U.S. Divisions: Your respective division's Media Relations Department or Global Communications Department
- Canada: Media Relations Department at (905)405-7783 or Global Communications Department
- Europe: Media Relations Department at 1923 473132 or Global Communications Department

When speaking out on your own on issues of public interest, whether online or otherwise, you must make sure your comments are identified as your own and not those of the Company.

Be especially careful when speaking out on your own, in online forums. Blogging or participating in social networking sites using TJX systems generally is not allowed without management approval. If you participate in online forums on your own, outside of work, it is important that you remember the following:

- People may be confused about whether you are speaking on behalf of TJX, even if you are speaking on your own behalf. If you blog or post about retail, fashion, home decorating or other topics related to a TJX business, or comment on one of our social networking websites, be truthful and disclose that you work for TJX. If you are not an authorized TJX spokesperson, make sure you include a clear disclaimer that says "The statements, opinions or beliefs being expressed are my own, and not necessarily the Company's".

- The Company's brands are valuable corporate assets. Do not include our logos, trademarks, or photographs of our facilities in your personal statements or postings.

- Never reveal business or customer information or any personal information of others.

- The reach of online forums is vast. Don't discuss the Company, its management, your supervisors, your fellow Associates, our competitors, our vendors or our suppliers or their employees or anyone else in a manner that could damage them, defame anyone or damage anyone's reputation. Speak with the resources listed in the "Getting Help and Raising Concerns" section of the Code to voice concerns or criticisms instead.

- The Company may review your social networking activities, even if you post anonymously or under a pseudonym, and where lawful, may take steps to determine your identity.

Always keep in mind this Code and our policies, whether you are posting on an external forum or an internal online community, and make sure your communications meet these standards as well as any internal community standards.

## No Waivers for Executive Officers

Waivers of this Code for Executive Officers of TJX are permitted only when specifically approved by the Board of Directors and promptly disclosed to the Company's shareholders.

| Remember to: | Remember not to: |
| --- | --- |
| • *Act only in the best interests of the Company.*<br><br>• *Prepare Company records accurately.*<br><br>• *Cooperate with internal and external auditors and other investigators.*<br><br>• *Create, retain and destroy Company records in accordance with Company policies.* | • *Discard Company documents in regular trashcans. Use confidential disposal bins.*<br><br>• *Buy or sell TJX stock or other securities of another company if you have material non-public information about TJX or that company.*<br><br>• *Reveal confidential business information such as comparable store sales.*<br><br>• *Speak on behalf of TJX if you are not authorized to do so.* |

# Our Commitment to Our Communities

  

## Corporate Citizenship

We are committed to acting as a good corporate citizen in the communities where we operate.

## International Trade

**We comply with the requirements of different countries for the import and export of goods.**
Consult with our Logistics organizations when importing or exporting goods between or among various countries. They can assist you in achieving compliance with the appropriate international trade regulations. Recognize that countries have different requirements for the import and export of goods that must be satisfied before goods are shipped.

## Political Contributions

**We do not use Company funds for political contributions.** No one may use Company premises, time, equipment or Associates to support any political issue or candidate without the advance approval of TJX's CEO. You may not pressure another Associate to make an individual contribution to a political campaign.

## The Environment

**We are dedicated to protecting our environment and operating in a sustainable manner.**
As part of TJX's Corporate Social Responsibility Program, TJX is committed to protecting the environment, complying with all applicable environmental laws and regulations, as well as operating in a sustainable manner and incorporating efficiency improvements when possible. We must attempt to reduce, reuse or recycle packing materials and other waste products, including corrugated cardboard, plastics and scrap metal. We look for ways to reduce our consumption of energy and water, and monitor our usage of these resources. We must continue to constantly explore ways to improve our environmental conservation efforts and be environmentally responsible in operating our businesses. We must follow the environmental rules and regulations that affect our jobs, especially those related to the use and disposal of hazardous substances. We should all seek out new opportunities to reduce the amount of waste we generate and energy we use in our business operations.

# **Communication** is always in style.

**TJX believes you should have the opportunity to speak openly and be treated fairly.**

Acting ethically and with integrity is an essential part of every Associate's job. Let the TJX Code of Conduct guide your actions and speak up if you see behaviors or suspect conduct that may be in violation of the Code.

## Toll-Free TJX Helpline Contact Information

| North America | U.K. and Ireland | Other Locations |
|---|---|---|
| (800)TJX-6488 | 0800 328 1542 | Contact your local Compliance Officer or one of the resources listed below for more information. |

## Additional TJX Contact Information

When calling internationally, remember to dial your country's
exit code + destination country code + phone number

| Chief Compliance Officer | (508)390-6570 complianceofficer@tjx.com |
|---|---|
| Assistant Chief Compliance Officer | (508)390-6510 asstcomplianceofficer@tjx.com |
| Corporate Internal Audit Director | (508)390-6540 corporateauditdirector@tjx.com |
| Legal Department | (508)390-6550 lawyer@tjx.com |
| Winners Compliance Officer | (905)405-7530 winnerscomplianceofficer@winners.ca |
| TJX Europe Compliance Officer | 1923 473719 tjxeuropecomplianceofficer@tjxeurope.com |



**A Company Of Choice**



njo xx 1e
f ELOtnx 7

# EXHIBIT 2
# INCIDENT REPORTS

**TJX** THE TJX COMPANIES, INC.

## INDUSTRIAL ACCIDENT REPORT

ASSOCIATE: Genevieve Rubio          DATE OF HIRE: October 2022

ADDRESS: 304 Villa Rosa

PHONE: (210)459-7535          SS#: 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

DATE OF BIRTH: 03/06/03          HOME DEPT: Jewelry

DATE & TIME OF ACCIDENT: 12/14/22  8:20   TRANSFERED ASSOCIATE?   YES __✓__ NO ____

WHEN REPORTED & TO WHOM: 12/14/22  8:25

DESCRIPTION OF ACCIDENT: Picking up Pallate got a splinter

AREA: Jewelry          DEPT: Jewelry

SUPERVISOR: _____          DATE: 12/14/22

_____          DATE: _____

INTERPRETOR: _____          DATE: 12/14/22

ASSOCIATE: Genevieve Rubio

(I have read the above report and agree that it is accurate and complete.)

Non-English speaking associates may attach a signed & dated statement describing the accident in their own language.

White-Medical Department;                Yellow-Associate          Item #000002195 (F00019)



# SUPERVISOR'S ACCIDENT INVESTIGATION REPORT
(See reverse side for instructions)

**Insurance Claim #** _____        **D. C. Location** _____ 891

The unsafe acts of associates and the unsafe conditions that cause accidents can be corrected only when they are known specifically. Please provide very detailed information regarding specifics that caused the accident.

## PART I – GENERAL INFORMATION

Name of Injured  Genevieve Rubio   Hire Date Oct 17, 20  Dept. Jewlery   Area Jewlery

Date of Accident 12/14/22 Hour 8:25 PM        Date of 1st Medical Visit _____

Date Reported 12/14/22 Hour 8:30 PM        Transferred Associate? Yes X  No _____

Part of Body Right Hand         Type of Injury Puncture

Job or Activity at Time of Accident Handling a pallet

Loss Severity Potential: Major _____ Serious _____ Minor _____   Witnesses Names Nathanel Ochs

## PART II – DESCRIPTION OF ACCIDENT (What Happened…Be Specific)

Associate bent down, grad pallet without gloves, Splinter was punctured into her right hand while holding pallet

## PART III – WHAT IS THE CAUSE OF ACCIDENT? (Determine the cause by analyzing all the factors concerned. If either the injured associate, a machine or other physical condition was involved, find out how and why)

A. Describe any UNSAFE Acts: Not useing PPE, and improper handling of the pallet.

B. Describe any UNSAFE Conditions: Not having gloves while handling a pallet

C. Describe any ROOT CAUSES: Root cause would be CSB 4 and 7. Not asking for gloves and not following pallet safety

## PART IV – ACTION PLAN (What have you done or what do you recommend to prevent a recurrence of a similar accident?)

Inform all transfered associate if they do not have glove to get them

Has it been done? Yes   Target Date for Completion 12/14/22

| Supervisor – Signature & Date | Manager – Signature & Date | Reviewer – Signature & Date |
|---|---|---|
| 12-14-22 | 12/14/22 | Joelivo 12-14-22 |

#000003111 (F00038) Rev. 11/10