UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NATHANIEL OCHS, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | SA-24-CV-309-OLG (HJB) |
| TJX COMPANIES, INC. d/b/a TJX Distribution Center, | | |
| Defendant. | | |

**ORDER SETTING IN-PERSON HEARING**

Before the Court is Defendant's Opposed Motion to Compel Arbitration and Stay Lawsuit. (Docket Entry 4). Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 11.)

It is hereby **ORDERED** that Defendant's motion (Docket Entry 4) is set for an in-person hearing on **October 8, 2024**, at **1:30 P.M.** in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

**SIGNED** on August 23, 2024.

_____
Henry J. Bemporad
United States Magistrate Judge