UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NATHANIEL OCHS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-24-CV-309-OLG (HJB) |
| TJX COMPANIES, INC. d/b/a TJX Distribution Center, | § § § § | |
| Defendant. | § § | |

**ORDER SETTING VIDEO HEARING**

Before the Court is Defendant's Renewed Motion to Compel Arbitration and Stay Lawsuit. (Docket Entry 16.) Pretrial and scheduling matters in this case have been re-referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 11.)

It is hereby **ORDERED** that Defendant's motion (Docket Entry 16) is set for a hearing on **December 4, 2024**, at **2:30 P.M.** The hearing will be held by video teleconference using the Zoom video platform. On the designated date and time of the hearing, the parties are directed to join the ZOOMGOV using the following credentials:

**https://txwd-uscourts.zoomgov.com/j/16126018188**
**Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the hearing**, that their video teleconference equipment is functioning and properly connects with the Court's system. Parties experiencing any technical difficulties should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

**SIGNED** on November 13, 2024.

_____
Henry J. Bemporad
United States Magistrate Judge