UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NATHANIEL OCHS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-24-CV-309-OLG (HJB) |
| | § | |
| TJX COMPANIES, INC. d/b/a TJX Distribution Center, | § | |
| | § | |
| Defendant. | § | |

**ORDER FOR MEDIATION AND STAY**

Before the Court is the status of the above case, in which pretrial matters have been referred to the undersigned for consideration pursuant to 28 U.S.C. § 636(b). (Docket Entry 11.)

At a status conference on October 28, 2025, the parties requested that their mediation deadline be extended until after the issuance of the undersigned's Report and Recommendation on their cross-motions for summary judgment (Docket Entries 34 and 35), but before the District Court decides whether to adopt the Report and Recommendation (*see* Docket Entry 45 (minute entry)). The undersigned agreed to let the parties file their ADR report within three weeks of the issuance of the Report and Recommendation.

On August 26, 2026, the undersigned issued a Report and Recommendation on the motions for summary judgment. (Docket Entry 49.) In accordance with the Court's ruling at the October 28, 2025, status conference, the parties must mediate this case and file their ADR report **on or before September 18, 2026**. *See* LOCAL RULE CV-88(g) (requiring parties promptly to file a notice as to the outcome of mediation).

To spare the parties the expense of filing potentially unnecessary objections to the Report and Recommendation, the 14-day deadline for such objections (*see* Docket Entry 49, at 22) is

hereby **STAYED** pending further Order of the Court, during which time this case will be **ADMINISTRATIVELY CLOSED**. *See Mire v. Full Spectrum Lending Inc.*, 389 F.3d 163, 167 (5th Cir. 2004) ("[A]dministrative closure is no different [than] a simple stay, except that it affects the count of active cases pending on the court's docket.").

It is so **ORDERED**.

**SIGNED** on August 26, 2026.

Henry J. Bemporad
United States Magistrate Judge