**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **NATHANIEL OCHS** | § | |
| | § | |
| **v.** | § | **CIVIL NO. SA-24-CV-309-OLG** |
| | § | |
| **TJX COMPANIES, INC.** | § | |

# ORDER

Pending before the Court is the status of this case. U.S. Magistrate Judge Henry J. Bemporad recently issued a Report and Recommendation (Dkt. No. 49) that the parties' cross Motions for Summary Judgment (Dkt. Nos. 34; 35) be denied. *See* Dkt. No. 49 at 1. Shortly thereafter, Judge Bemporad stayed the parties' deadline to file objections to the Report and administratively closed this matter pending the outcome of mediation. *See* Dkt. No. 50 at 1. In consideration thereof, it is hereby **ORDERED** that this case is **STAYED** pending the outcome of mediation.

If mediation is unsuccessful, the Court will issue an order regarding the Report and any objections thereto.

It is so **ORDERED.**

**SIGNED** on August 27, 2026.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE